UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. KETNER and FORGEDALE TRADING, LLC,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY S. WIDELL, ROBINSON DELAWARE HOLDINGS, INC. d/b/a ROBINSON TECHNICAL PRODUCTS CORPORATION, INWELD CORPORATION, and ROBINSON TECHNICAL PRODUCTS, INC.,<br>　　　　Defendants. | No. 5:20-cv-6360 |

## O R D E R

**AND NOW**, this 6th day of July, 2021, upon consideration of Defendants' Motion to Dismiss the Complaint in this matter, *see* ECF No. 10, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1.　Defendants' Motion to Dismiss, ECF No. 10, is **GRANTED, in part.**

2.　Plaintiffs' civil RICO claims are **DISMISSED, without prejudice and with leave to amend.**

3.　Should Plaintiffs choose to file an Amended Complaint, they shall do so within **thirty (30) days of this Order.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge